IN THE UNITED STATES DISTRICT COURT

**FILED**

DEC 2 9 2006

06 2268

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN M. BEAIRD
Plaintiff

VS.

ALBERTO GONZALES, et. al.

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
*IN FORMA PAUPERIS*

I, JOHN BEAIRD, declare, depose, and say that I am the plaintiff in the above entitled case; that in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?  ___ Yes   X  No  (other than inmate job)

    a.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
        NA

    b.  If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received.
        NA

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession, or form of self-employment?       ___ Yes  X  No
    b.  Rent payments, interest, or dividends?                   ___ Yes  X  No
    c.  Pensions, annuities, or life insurance payments?         ___ Yes  X  No
    d.  Gifts or inheritances?                                   ___ Yes  X  No  *listed under "other"*
    e.  Any other sources?                                        X  Yes  ___ No

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
    Church Friends Gifts on infrequent and indeterminate basis.

**RECEIVED**

DEC 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

3. Do you own cash, or do you have money in a checking or savings account (including any funds in prison accounts)?

   _X_ Yes    ___ No

   If the answer is YES, state the total value of the items owned:
   $252

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   ___ Yes    _X_ No

   If the answer is YES, describe the property and state its approximate value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   Wife and Three Children, They are Destitute with no assets or income.

   I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

   Signed on the 28th day of November, 2006

   _____
   Signature of Plaintiff