**FILED**

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN M. BEAIRD,                    )
                                   )
    Plaintiff,                 )
                                   )
    v.                         )    Civil Action No.   06 2268
                                   )
ALBERTO GONZALES, *et al.*,        )
                                   )
    Defendants.                )


## ORDER

Although Robert Mihailovich signed the pleadings and is listed as a plaintiff to this action, he neither paid the filing fee in full nor filed a motion to proceed *in forma pauperis* (with a certified copy of his trust fund account statement, including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint) as is required under the Prison Litigation Reform Act.  See 28 U.S.C. § 1915.  Accordingly, it is hereby

ORDERED that Robert Mihailovich is DISMISSED WITHOUT PREJUDICE as a party to this action.

SO ORDERED.

United States District Judge

Date: Dec. 13, 2006