UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN M. BEAIRD, ROBERT L. MIHAILOVICH §
and on Behalf of                      §
ALL SIMILARLY SITUATED INDIVIDUALS    §
    (Filed as a CLASS ACTION)      §
                    §
    PLAINTIFF                     §
                    §
vs.                                   §   CIVIL ACTION NO. 06 2268 JDB
                    §
ALBERTO GONZALES (Individually),      §
HARLEY G. LAPPIN (Individually),      §
UNITED BUREAU OF PRISONS, and         §
Several Unknown agents                §
of the Federal Government             §
                    §
    DEFENDANTS                    §

## MOTION TO RECONSIDER ORDER DATED DECEMBER 13, 2006

    The above styled case was originally filed as a joined action. The Counselor at the Seagoville FCI, where this inmate currently resides, held up the necessary financial document needed to file an in forma pauperis.

    Therefore, an informa pauperis was submitted to this Court under separate cover a few days after the submission of the above styled case. (see attached exhibit) There was no case number available at the time of the informa pauperis filing and the filing evidently has been misidentified and therefore not joined to this action.

    Pro Se, Robert Mihailovich, Moves this court to join this Petitioner in the above styled case as originally submitted to this Court and GRANT informa pauperis status.

_Robert Mihailovich_ (signature)
Robert Mihailovich
Camp Reg. No. 33446-177
P.O. Box 9000
Seagoville, TX 75159

Date: 1/5/07

RECEIVED

JAN 11 2007

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service by Mail

I, ROBERT LEE MIHAILOVICH, declare:  I am, and was at the time of service of the papers herein referred to, over the age of eighteen years.

I served a copy of this "MOTION TO RECONSIDER ORDER DATED DECEMBER 13, 2006", all contained herein, on the parties in this action, addressed as follows:

> Clerk's Office - U.S. District Court
> For the District of Columbia
> U.S. Court House
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

In accordance with Fed. R. App. P Rule 25(a), I deposited a true copy of the afore mentioned documents in a sealed envelope, addressed as indicated above, with the officials of the Federal Bureau of Prisons, First Class Postage pre-paid, on the date indicated below.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

_____        Dated: __1/5/07__
ROBERT MIHAILOVICH


## VERIFICATION

I, ROBERT MIHAILOVICH, hereby under penalty of perjury, swear that all the facts and information contained in this "MOTION TO EXPEDITE § 2255 BEFORE "TIME SERVED" BECOMES MOOT AND/OR RELEASE PETITIONER ON AN APPEAL BOND PENDING OUTCOMES" is true and correct to the best of my knowledge.

_____        Date: __1/5/07__
Robert Mihailovich

**FILED**

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN M. BEAIRD,                      )
                                     )
      Plaintiff,                )
                                     )
    v.                           )      Civil Action No.   06 2268 -JDB
                                     )
ALBERTO GONZALES, et al.,            )
                                     )
      Defendants.               )

### ORDER

    Although Robert Mihailovich signed the pleadings and is listed as a plaintiff to this action, he

neither paid the filing fee in full nor filed a motion to proceed *in forma pauperis* (with a certified copy

of his trust fund account statement, including the supporting ledger sheets, for the six-month period

immediately preceding the filing of this complaint) as is required under the Prison Litigation Reform

Act. See 28 U.S.C. § 1915. Accordingly, it is hereby

    ORDERED that Robert Mihailovich is DISMISSED WITHOUT PREJUDICE as a party to this

action.

    SO ORDERED.

                                                _United States District Judge_

Date: Dec. 13, 2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John M. Begird and
Robert Mihailovich
Plaintiff and all Similarly situated individuals

VS.

Alberto Gonzales

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
*IN FORMA PAUPERIS*

      I, Robert Mihailovich _____, declare, depose, and say that I am the plaintiff in the above entitled case; that in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

      I further declare that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed? : _____ Yes    X No

    a.    If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

        _____

        _____

    b.    If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received.
        2003    about $25,000.00

2.    Have you received within the past twelve months any money from any of the following sources?

    a.    Business, profession, or form of self-employment? _____ Yes   X No
    b.    Rent payments, interest, or dividends? _____ Yes   X No
    c.    Pensions, annuities, or life insurance payments? _____ Yes   X No
    d.    Gifts or inheritances? _____ Yes   X No
    e.    Any other sources? _____ Yes   X No

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

6

3.  Do you own cash, or do you have money in a checking or savings account (including any funds in prison accounts)?

    **X** Yes _____ No

    If the answer is YES, state the total value of the items owned:

    $281.49 Inmate Acct Balance (see Attachment)
    Earned only $20.64 in the last 4 months at $5.26 per month

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    X Yes _____ No

    If the answer is YES, describe the property and state its approximate value:

    Residence in Texas, Net Value Equity maybe $5,000.00
    But Gov't Lien on property just under $250,000.00

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:

    _____

    _____

    _____

    I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

    Signed on the ___7___ day of _December_, 19_06_

    _Ralf Micholant_
    Signature of Plaintiff

    Fed I.D. 33446-177
    P.O. Box 9000
    Seagoville, Tx 75159-9000



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 33446177 | Current Institution: | Seagoville FCI |
| Inmate Name: | MIHAILOVICH, ROBERT | Housing Unit: | CAMP |
| Report Date: | 12/03/2006 | Living Quarters: | S02-027L |
| Report Time: | 4:59:14 PM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1741 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 9/22/2005 |
| Local Account Activation Date: | 9/23/2005 4:00:06 AM |
| Sort Codes: | |
| Last Account Update: | 11/30/2006 9:54:57 AM |
| Account Status: | Active |
| Phone Balance: | Unknown |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $281.49 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $281.49 |
| National 6 Months Deposits: | $244.79 |
| National 6 Months Withdrawals: | $415.69 |
| National 6 Months Avg Daily Balance: | $389.53 |
| Local Max. Balance - Prev. 30 Days: | $326.13 |
| Average Balance - Prev. 30 Days: | $307.52 |

*I earned $5.26 for each of The Last 4 months for a total $20.64 for a 4 month period.*

*Robert Mihailovich 12/5/06*