UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John M. Beaird *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>Alberto Gonzales *et al.*,<br><br>    Defendants. | Civil Action No. 06-2268 (JDB) |

ORDER

Robert Mihailovich moves for reconsideration of the Order filed December 29, 2006, dismissing him as a party-plaintiff because of his failure to pay the filing fee in full or to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915.  Upon consideration of the motion and the attached application to proceed *in forma pauperis*, it is

ORDERED that the motion to reconsider [Dkt. No. 7] is GRANTED; it is

FURTHER ORDERED that the Order of December 29, 2006 [Dkt. No. 6] is VACATED and Robert Mihailovich is added as a party-plaintiff; it is

FURTHER ORDERED that Robert Mihailovich's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915, plaintiff Robert Mihailovich is obligated to pay an initial partial filing fee payment in the amount of $12.98 to the Clerk of the United States District Court for the District of Columbia.  The plaintiff is obligated hereafter to pay the United States District Court for the District of Columbia twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $350.00 filing fee; it is

FURTHER ORDERED that the authorized correctional institution officer where plaintiff is detained shall deduct from plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted from plaintiff's prison account and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee for the case is paid in full; and it is

FURTHER ORDERED that the Clerk shall forward a copy of this Order to the institution where plaintiff Mihailovich is incarcerated.

s/<br>JOHN D. BATES<br>United States District Judge

Dated: January 22, 2007