IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

JOHN M. BEAIRD, ROBERT MIHAILOVICH and §
JOHN M. BEAIRD and ROBERT MIHAILOVICH §
on behalf of §
All Similarly Situated Individuals. §
    Plaintiffs §
(FILED AS A CLASS ACTION) §
     §
  vs. § No. 06-2268-JDB
     §
ALBERTO GONZALES (Individually), §
HARLEY G. LAPPIN (Individually), §
Federal Bureau of Prisons, §
UNITED STATES of AMERICA, and §
Several Unknown Agents of the §
Federal Government, §
    Defendants §

RECEIVED
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO ORDER ISSUANCE OF SUMMONS BY CLERK and

TO ORDER SERVICE OF PROCESS UPON DEFENDANTS

TO THE HONORABLE U.S. DISTRICT COURT JUDGE OF SAID COURT:

COMES NOW JOHN M. BEAIRD and ROBERT MIHAILOVICH, Movants, and Plaintiffs in the above-styled and numbered cause of action and files this Motion as styled.

This court recently Granted Movant In Forma Pauperis status in this meritorious cause of action. Movant JOHN M. BEAIRD has already had $60.00 deducted out of his Trust Fund Account and paid to the Clerk's Office.

Movant respectfully moves this Honorable Court to ORDER the immediate issuance by the Clerk of the Court of the Summons in this cause of action and Concurrently ORDER PROCESS TO BE SERVED upon all Defendants as named in this cause of action.

Respectfully Submitted,

*[signature]*

JOHN M. BEAIRD
14355179 SATELLITE CAMP POB 9000
SEAGOVILLE,    TEXAS    75159-9000


*[signature]*

ROBERT MIHAILOVICH
33446177 SATELLITE CAMP POB 9000
SEAGOVILLE,    TEXAS    75159-9000