UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN M. BEAIRD,<br>R#14355-179<br>FCI Seagoville, P.O. Box 9000<br>Seagoville, TX 75159,<br><br>Robert Mihailovich,<br>R#33446-177,<br>FCI Seagoville, P.O. Box 9000<br>Seagoville, TX 75159,<br><br>  Plaintiffs, *pro se*<br><br>  v.<br><br>ALBERTO GONZALEZ,<br><br>HARLEY G. LAPPIN,<br><br>UNITED STATES OF AMERICA,<br><br>FEDERAL BUREAU OF PRISONS,<br>320 First Street, N.W., Suite 958,<br>Washington, D.C. 20534,<br><br>Several Unknown Agents<br> of the Federal Government,<br><br>  Defendants. | Civil Action No. 06-2268 (JDB)<br><br>**NOTICE OF APPEARANCE** |

  The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for the United States and the Federal Bureau of Prisons in this case.

February 20, 2007       Respectfully submitted,

                 /s/
              ALAN BURCH, D.C. BAR #470655
              Assistant U.S. Attorney
              555 Fourth St., N.W., Washington, D.C. 20530
              (202) 514-7204, alan.burch@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of February 2007, I caused the foregoing Notice of Appearance to be served on plaintiffs *pro se* postage prepaid, addressed as follows:

| | |
|---|---|
| John M. Beaird<br>R# 14355-179<br>F.C.I. - Seagoville<br>POB 9000<br>Seagoville, Texas 75159 | Robert Mihailovich<br>R# 33446-177<br>F.C.I. Seagoville<br>POB 9000<br>Seagoville, Texas 75159 |

 

                                        _____
                                        ALAN BURCH, D.C. Bar # 470655
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530