UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John M. Beaird *et al.*,

    Plaintiffs,

      v.                                          Civil Action No.  06-2268 (JDB)

Alberto Gonzales *et al.*,

    Defendants.

ORDER

    It is hereby

    ORDERED that within seven (7) days of this Order, defendants shall file a response to

plaintiffs' motion for a temporary restraining order.

                                      s/
                                JOHN D. BATES
                     United States District Judge

Dated: February 27, 2007