UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN M. BEAIRD and ROBERT MIHAILOVICH,     ) | |
|                  ) | |
|       Plaintiffs, *pro se*        ) | Civil Action No.  06-2268 (JDB) |
|                  ) | |
|     v.                ) | |
|                  ) | |
| ALBERTO GONZALES, *et al.*,      ) | |
|                  ) | |
|       Defendants.         ) | |
|                  ) | |

**DEFENDANTS' NOTICE OF RE-SERVICE OF MOTION TO DISMISS
AND/OR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE TO TRANSFER**

Federal Defendants, the Federal Bureau of Prisons ("BOP"), the United States of

America, Alberto Gonzales, U.S. Attorney General, and Harley Lappin, Director, BOP,

respectfully file this Notice to inform the Court that additional copies of Defendants' Motion to

Dismiss, and all attachments thereto, as well as a copy of this Notice, were sent this 21st day of

March, 2007, to *pro se* Plaintiffs, via Certified Mail, receipt nos. 7002 2030 0006 6450 8739 and

7002 2030 0006 6450 8746 respectively to:

| | |
|---|---|
| John M. Beaird | Robert Mihailovich |
| R# 14355-179 | R# 33446-177 |
| F.C.I. - Seagoville | F.C.I. Seagoville |
| POB 9000 | POB 9000 |
| Seagoville, Texas 75159 | Seagoville, Texas 75159 |

                                     /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530