RECEIVED
MAR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN M. BEAIRD, ROBERT MIHAILOVICH and JOHN M. BEAIRD and ROBERT MIHAILOVICH on behalf of ALL SIMILARLY SITUATED INDIVIDUALS (FILED AS A CLASS ACTION COMPLAINT) Plaintiffs vs. ALBERTO GONZALES (Individually), et. al. Defendants | § § § § § § § § § § § § | No. 06-2268-JDB |

PLAINTIFFS' SUPPLEMENTAL FILING TO PLAINTIFFS'

PREVIOUSLY FILED AND PENDING MOTION FOR SANCTIONS UPON DEFENDANTS

COMES NOW, JOHN M. BEAIRD and ROBERT MIHAILOVICH, Plaintiffs, and JOHN M. BEAIRD and ROBERT MIHAILOVICH on behalf of ALL SIMILARLY SITUATED INDIVIDUALS ("Putative Class"), Plaintiffs in the above-styled and numbered cause of action and as Movants in this Motion, herewith files this SUPPLEMENTAL FILING TO PLAINTIFFS' MOTION FOR SANCTIONS currently Pending before this court and Enters the following into the record:

I.

On March 14th, 2007, Plaintiffs filed a "Motion to Reconsider For Cause" (FRCP R. 59) the "Memorandum Opinion and Order" issued by the Court on March 9, 2007, and jointly incorporated within same a "Request for Sanctions Upon Defendants" ("Motion"), all being for the good and meritorious reasons as Plaintiffs ennumerated within such. Plaintiffs now supplement, herewith, this Notice and Entry into the Record, that as of this date, **March 27, 2007,** All Defendants **have still FAILED TO SERVE ANY PLEADINGS, MOTIONS, OR OTHER FILINGS UPON PLAINTIFFS.** Plaintiffs include verification of such, infra, in this filing. Moreover, all such additional conduct as complained of in Plaintiffs' Motion is still ongoing and afflicting Plaintiffs as ennumerated in Plaintiffs' previous Motion. Such eggregious conduct of the Defendants represent no only a disrespect to the integrity of this Honorable Court's authority and integrity of judicial proceedings, but also represent a clear Constitutional Due Process violation upon Plaintiffs, to which the Plaintiffs further incorporate into their cause of action as additional representative facts of the common custom, practices, and policies of the Defendants as alleged by Plaintiffs in this cause of action.

VERIFICATION

I, JOHN BEAIRD, certify and affirm that as of this date, March 27, 2007, I have received absolutely no filings or other documents from the Defendants in this cause of action other than the one "Notice of Appearance" of AUSA Alan Burch early in this action. Further, all other matters as alleged in Plaintiffs' earlier Motion, supra, are still ongoing and continuous.

JOHN BEAIRD

I, ROBERT MIHAILOVICH, hereby certify and affirm that as of this date, March 27, 2007, I have received absolutely NO FILINGS AT ALL from the Defendants in this cause of action, and further that all matters as alleged in the Plaintiffs' previous Motion, supra, are still ongoing and continuous.

ROBERT MIHAILOVICH

Respectfully Submitted,

JOHN BEAIRD                    ROBERT MIHAILOVICH

March 27, 2007