UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOHN M. BEAIRD, ROBERT MIHAILOVICH and §
JOHN M. BEAIRD and ROBERT MIHAILOVICH §
on behalf of §
ALL SIMILARLY SITUATED INDIVIDUALS §
(FILED AS A CLASS ACTION COMPLAINT) §
            Plaintiffs §
  vs. §  No. 06-2268-JDB
  §
ALBERTO GONZALES (Individually), et. al. §
            Defendants §

**RECEIVED**
APR 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS' NOTICE TO THE COURT REGARDING

PREVIOUSLY FILED
"PLAINTIFFS' SUPPLEMENTAL FILING TO PLAINTIFF'S
PREVIOUSLY FILED AND PENDING MOTION FOR SANCTIONS UPON DEFENDANTS

    COMES NOW, JOHN M. BEAIRD and ROBERT MIHAILOVICH, Plaintiffs, and JOHN M. BEAIRD and ROBERT MIHAILOVICH on behalf of ALL SIMILARLY SITUATED INDIVIDUALS ("Putative Class"), Plaintiffs in the above-styled and numbered cause of action and as Movants in this NOTICE, herewith files this NOTICE regarding Plaintiffs' just recently filed SUPPLEMENTAL FILING TO PLAINTIFFS' MOTION FOR SANCTIONS currently Pending before this court and Enters the following into the record:

This morning, **MONDAY, MARCH 27, 2007,** the Plaintiffs deposited into the institutional mail system "Plaintiffs' Supplemental Filing to Plaintiffs' Previously Filed and Pending Motion For Sanctions Upon Defendants". Late this same day (this afternoon at 4:10 P.M.) through Legal Mail Delivery, Plaintiffs received via certified mail Defendants' "Re-served" Pleadings and Motions and Pleadings, to which Plaintiffs had indicated in the previous filing, supra, deposited this morning, that Plaintiffs had not (at that time) then received any pleadings, inter alia. With this, Plaintiffs inform the court of such recent service and "effect" of receiving same on the afternoon of the same day from which in the morning the previously filed, supra, Supplemental Filing, had already been deposited into the institutional mail system.

Plaintiffs still assert entitlement and maintain request for **SANCTIONS** as previously pled by Plaintiffs, as well as the other ongoing impediments and items referenced in Plaintiffs' Request for Sanctions and Motion for Reconsideration which also made known additional other conduct of the Defendants warranting relief and sanctions, there-of.

Respectfully Submitted,

JOHN BEAIRD

ROBERT MIHAILOVICH