UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John M. Beaird *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>Alberto Gonzales *et al.*,<br><br>    Defendants. | Civil Action No. 06-2268 (JDB) |

ORDER

Plaintiffs seek reconsideration of the Order of March 9, 2007, denying their motion for a temporary restraining order. Having considered the motion, defendants' opposition and plaintiffs' replies, the Court finds no basis for reversing its decision.[1]

Plaintiffs also seek sanctions against defendants for allegedly impeding their receipt of court filings. Defendants have re-served their filings by certified mail [Dkt. No. 22], and there is no indication that plaintiffs have not received the Court's orders. Nor is there any basis for finding that the delay in plaintiffs' receipt of filings has resulted in the denial of their right of access to the court. In the absence of any evidence of intentional misconduct with respect to the handling of plaintiffs' mail, the motion for sanctions is baseless. Accordingly, it is hereby

ORDERED that plaintiffs' motion for reconsideration and for sanctions [Dkt. No. 21] is DENIED.

                                                                                      s/
                                                                       JOHN D. BATES
                                                         United States District Judge

Dated: April 5, 2007

---

[1] In their opposition, defendants, perhaps out of an abundance of caution, also address what they considered to be plaintiffs' motion for a temporary restraining order concerning "mandatory DNA tests via blood draws." Def.'s Opp. at 2. This request was never before the Court as a separate motion, and the motion from which it was derived, Dkt. No. 23, was denied by Minute Order of April 2, 2007.