UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**RECEIVED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN M. BEAIRD, ROBERT MIHAILOVICH and §
JOHN M. BEAIRD and ROBERT MIHAILOVICH §
On Behalf Of §
ALL SIMILARLY SITUATED INDIVIDUALS §
(FILED AS A CLASS ACTION COMPLAINT) §
   Plaintiffs §
§
 vs. §  No. 06-2268-JDB
§
ALBERTO GONZALES (Individually), §
HARLEY G. LAPPIN (Individually), §
UNITED STATES OF AMERICA §
FEDERAL BUREAU OF PRISONS §
Several Unknown Agents §
of the Federal Government §
   Defendants §

---

PLAINTIFFS' MOTION TO "RE-ORDER"

PROPER SERVICE OF PROCESS UPON ALBERTO GONZALES (Personally); and

INCORPORATED MOTION FOR ENLARGEMENT OF TIME IF NECESSARY

TO EFFECT SERVICE UPON ALBERTO GONZALES (Personally)

---

TO HONORABLE JUDGE OF SAID COURT:

  COMES NOW, JOHN M. BEAIRD, and ROBERT MIHAILOVICH, Plaintiffs, and files this Motion as styled and submits the following to this Honorable Court:

REGARDING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP RULE 12(b)(5) and "PLAINTIFFS' FAILURE TO PROPERLY SERVE ALBERTO GONZALES (Individual Capacity); Plaintiffs were Granted In Forma Pauperis status by this Court. This Court Ordered the Clerk of the Court, District of Columbia, to properly prepare the summonses and Complaints for proper service upon ALL DEFENDANTS in this cause of action, and Further Ordered the United States Marshal's Service to <u>properly</u> effect service upon <u>each</u> <u>Defendant</u>. These matters of service were not under control of the Plaintiffs, neither did the Clerk or Marshal's service provide to Plaintiffs any proof of service for Plaintiffs' records and, therefore, Plaintiffs, who relied on the Court's Order and the Clerk's and Marshal's Offices duties under the law and under said Order, did not become aware of the failure of duty of each of both the Marshal's Service and possbily the Clerk's Office in effecting individual service pursuant to FRCP Rule 4(e) upon Mr. Alberto Gonzales, personally until now.

PRAYER FOR RELIEF

In consideration of the above, Plaintiffs respectfully request this Court to ORDER the U.S. Marshal's Service to IMMEDIATELY EFFECT INDIVIDUAL SERVICE UPON MR. ALBERTO GONZALES (individually capacity), personally, as required by FRCP Rule 4(e) and all applicable FRCP Rules, along with duplicate service to both the U.S. Attorney's Office, District of Columbia, and the Attorney General of the United States as is required when an employee is sued in his individual capacity.

The Plaintiffs further request, if necessary, this Court to Order an "ENLARGEMENT OF TIME" to serve Mr. ALBERTO GONZALES (individual capacity) personally, should such be necessary to be within the time-constraints of service pursuant to the FRCP applicable rules.

The Plaintiffs ask this Court to also inquire of the U.S. Marshal's Service, coincidently under the supervision and control of Mr. ALBERTO GONZALES, as to why "their boss" (Mr. ALBERTO GONZALES) was not <u>properly</u> served as was ORDERED by this Honorable Court, and more importantly, why such "employees" of said Defendant did not see fit to inform either the Clerk, this Court, or the Plaintiffs as to their failure in adhering to this Court's Order.

Plaintiffs also request all other relief available in this instance and ask that the Defendant's Motion to Dismiss pursuant to FRCP Rule 12(b)(5) ("failure to properly serve Mr. Alberto Gonzales, individual capacity) be held in abeyance until proper service as Ordered by this Court is effected; subsequent to such, the Plaintiffs then request the Marshal's Service provide both the Clerk and the Plaintiffs with proof of proper service upon service of Mr. Ganzales within Five Days of said service, and additionally that then this Court **DENY** Defendants' Motion, thereof.

                          Respectfully Submitted,

_/s/ JOHN BEAIRD_                         _/s/ ROBERT MIHAILOVICH_

### CERTIFICATE OF MAILING

I (we), JOHN BEAIRD and ROBERT MIHAILOVICH, certify and attest under penalty of perjury that this filing was deposited into the institutional mail system, first class postage pre-paid, addressed to the clerk of the court, on this the _13th_ Day of _April_, 2007, and is, thereby, considered "FILED" On Same Date (see "Inmate Mailbox Rule").

_/s/ JOHN BEAIRD_                         _/s/ ROBERT MIHAILOVICH_

### CERTIFICATE OF SERVICE

    I (we), JOHN BEAIRD and ROBERT MIHAILVOCH certify that a copy of this filing was attempted to be sent to the parties of this action on this _13th_ Day of _April_, 2007, however, due to the inability of the Plaintiffs to obtain copies Plaintiffs request this court serve said filing on all parties. Plaintiffs have made a good faith attempt, but Defendants' conduct continues to deny access to the courts as needed.

_/s/ JOHN BEAIRD_                         _/s/ ROBERT MIHAILOVICH_

### VERIFICATION

    I, JOHN BEAIRD and ROBERT MIHAILOVICH hereby attest that this filing was filed in good faith and the facts contained herein are true and correct on this the _13th_ Day of _April_, 2007.

_/s/ JOHN BEAIRD_                         _/s/ ROBERT MIHAILOVICH_