UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN M. BEAIRD and ROBERT MIHAILOVICH, ) <br> ) <br> Plaintiffs, *pro se* ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-2268 (JDB) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS AND/OR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE TO TRANSFER**

Federal Defendants, the Federal Bureau of Prisons ("BOP"), the United States of America, Alberto Gonzales, U.S. Attorney General, and Harley Lappin, Director, BOP, respectfully request additional time to file their reply memorandum in support of their motion to dismiss this case pursuant to Rule 12(b)(1), (2), (3), (5), and (6) and/or for summary judgment pursuant to Rule 56, or in the alternative to transfer this case to the Northern District of Texas, pursuant to 28 U.S.C. §§ 1404 and 1406. Plaintiffs allege constitutional and tort claims arising out of prison overcrowding and conditions in Texas, as well as theft of Court records.

Defendants received Plaintiffs' opposition, via ECF, on April 24, 2007, and have not received a hard copy.[1] Plaintiffs' opposition runs 62 pages, plus dozens of pages of exhibits. Plaintiffs did not obtain leave of the Court to exceed the 45-page limit set by Local Rule 7(e) for opposition memoranda. It will take some time for undersigned counsel and agency counsel to

---

[1] The opposition was due April 13, 2007, by Order dated March 9, 2007. The opposition is dated April 13, 2007, marked "received" by the District Court April 20, 2007, and served via ECF on April 24, 2007.

digest the materials properly. In addition, undersigned counsel has numerous other pressing litigation matters, including three appellate briefs due in May.

Accordingly, Defendants request until June 7, 2007, to file their reply memorandum. Given that the Plaintiffs' request for preliminary injunctive relief has been denied, the delay will not prejudice their position in this case. Because Plaintiffs are *pro se* prisoners, undersigned counsel has not attempted to obtain their position on the motion, consistent with Local Rule 7(m). A proposed order is attached.

April 27, 2007                                            Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

  /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of April 2007, the foregoing Defendants' Motion to Enlarge Time to File Reply in Support of Motion to Dismiss and/or for Summary Judgment, or in the Alternative to Transfer, and Proposed Order was served on *pro se* Plaintiffs, postage prepaid, via Certified Mail, with serial numbers 7002-2030-0006-6450-8319 and 7002-2030-0006-6450-8302, respectively, addressed as follows:

| | |
|---|---|
| John M. Beaird<br>R# 14355-179<br>F.C.I. - Seagoville<br>POB 9000<br>Seagoville, Texas 75159 | Robert Mihailovich<br>R# 33446-177<br>F.C.I. Seagoville<br>POB 9000<br>Seagoville, Texas 75159 |

                                                /s/
                                        ALAN BURCH, D.C. Bar # 470655
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN M. BAIRD and ROBERT MIKHAILOVICH, ) <br> ) <br> Plaintiffs, *pro se* ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No.  06-2268 (JOB) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Reply in Support of Dismiss And/or Summary Judgment or in the Alternative to Transfer, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that any reply memorandum shall be filed on or before June 7, 2007.

So ordered this _____ day of _____ 2007.


_____
JOHN D. BATES
United States District Judge