UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN M. BEAIRD and ROBERT MIHAILOVICH, ) | |
| ) | |
| Plaintiffs, *pro se*  ) | Civil Action No. 06-2268 (JDB) |
| ) | |
| v.                                    ) | |
| ) | |
| ALBERTO GONZALES, *et al.*,  ) | |
| ) | |
| Defendants.                ) | |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS AND/OR SUMMARY JUDGMENT
OR IN THE ALTERNATIVE TO TRANSFER**

Federal Defendants, the Federal Bureau of Prisons ("BOP"), the United States of America, Alberto Gonzales, U.S. Attorney General, and Harley Lappin, Director, BOP, respectfully request additional time to file their reply memorandum in support of their motion to dismiss and/or for summary judgment or in the alternative to transfer. Plaintiffs allege constitutional and tort claims arising out of prison overcrowding and conditions in Texas, as well as theft of Court records.

Undersigned counsel has had to respond to several unanticipated litigation matters in other cases in the last two weeks, primarily (but not only) extensive and time-sensitive negotiations over an appropriate protective order for discovery involving trade secret information in Diamond Ventures v. SBA, No. 03-1449 (GK). In addition, counsel has drafted and filed two appellate briefs and has an approaching deadline for a third. Moreover, agency counsel on this case has been away from the office for the last few weeks and unavailable for needed consultation.

Accordingly, Defendants request until July 6, 2007, to file their reply memorandum. Given that the Plaintiffs' request for preliminary injunctive relief has been denied, the delay will not prejudice their position in this case. Because Plaintiffs are *pro se* prisoners, undersigned counsel has not attempted to obtain their position on the motion, consistent with Local Rule 7(m). A proposed order is attached.

June 7, 2007                                             Respectfully submitted,

                                                         _____
                                                         JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                         United States Attorney

                                                              /s/
                                                         _____
                                                         RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                         Assistant United States Attorney

                                                              /s/
                                                         _____
                                                         ALAN BURCH, D.C. Bar # 470655
                                                         Assistant United States Attorney
                                                         555 4th St., N.W.
                                                         Washington, D.C. 20530
                                                         (202) 514-7204
                                                         alan.burch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2007, the foregoing Defendants' Second Motion to Enlarge Time to File Reply in Support of Motion to Dismiss and/or for Summary Judgment, or in the Alternative to Transfer, and Proposed Order was served on *pro se* Plaintiffs, postage prepaid, via Certified Mail, with serial numbers 7002 2030 0006 6450 8333 and 7002 2030 0006 6450 8326 respectively, addressed as follows:

| | |
|---|---|
| John M. Beaird<br>R# 14355-179<br>F.C.I. - Seagoville<br>POB 9000<br>Seagoville, Texas 75159 | Robert Mihailovich<br>R# 33446-177<br>F.C.I. Seagoville<br>POB 9000<br>Seagoville, Texas 75159 |

　　　　　　　　　　　　　　　　　　　　/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN M. BAIRD and ROBERT MIKHAILOVICH,   )
                                          )
         Plaintiffs, *pro se*             )   Civil Action No. 06-2268 (JOB)
                                          )
    v.                                    )
                                          )
ALBERTO GONZALES, *et al.*,               )
                                          )
         Defendants.                      )

### ORDER

UPON CONSIDERATION of Defendants' Second Motion to Enlarge Time to File Reply in Support of Dismiss And/or Summary Judgment or in the Alternative to Transfer, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Enlarge is GRANTED; and it is

FURTHER ORDERED that any reply memorandum shall be filed on or before July 6, 2007.

So ordered this _____ day of _____ 2007.


                                          _____
                                          JOHN D. BATES
                                          United States District Judge