UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John M. Beaird *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alberto Gonzales *et al.*,<br><br>Defendants. | Civil Action No. 06-2268 (JDB) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion to dismiss [Dkt. No. 18] is **GRANTED** in part, and the complaint against defendants Alberto Gonzales and Harley G. Lappin is **DISMISSED**; it is

**FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915A, Count 7 of the complaint is **DISMISSED** as frivolous; it is

**FURTHER ORDERED** that defendants' motion to transfer [Dkt. No. 18] is **GRANTED** as to all remaining claims; and it is

**FURTHER ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Northern District of Texas.

                                    s/
                              JOHN D. BATES
                          United States District Judge

Dated: July 19, 2007