UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN M. BEAIRD and ROBERT MIHAILOVICH, )<br>)<br>Plaintiffs, *pro se* )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-2268 (JDB) |

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME TO FILE RESPONSES TO PLAINTIFFS' MOTIONS TO STAY TRANSFER AND FOR RECONSIDERATION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Federal Defendants, the Federal Bureau of Prisons ("BOP"), the United States of America, Alberto Gonzales, U.S. Attorney General, and Harley Lappin, Director, BOP, respectfully request until August 28, 2007 to file a response to Plaintiffs' Motions to Stay Transfer of this case [#41], and for Reconsideration [#42]. Based on the August 2, 2007 date both motions were entered on the ECF docket, Defendants' responses are currently due on Thursday, August 16, 2007.

For cause, Defendants state as follows:

1.      Defendants request additional time to file responses to Plaintiffs' motions because the Assistant United States Attorney with daily responsibility for this matter is currently out of the office on pre-scheduled leave and is not expected back until August 20, 2007. Upon his return, he will need sufficient time to review Plaintiffs' motions, consult with personnel at the relevant agencies, and to draft responses. In addition, this case is one among many on the AUSA's active docket and those matters have other deadlines which also need to be met.

2.     This motion is filed in good faith and Plaintiffs will not be prejudiced by the requested extension. Allowing Defendants a reasonable amount of time to submit responses may potentially enhance the presentation of the issues for resolution by the Court and will not unduly delay this matter. Because Plaintiffs are *pro se* prisoners, undersigned counsel has not attempted to obtain their position on the motion, consistent with Local Rule 7(m).

A proposed order is attached.

August 14, 2007.                                     Respectfully submitted,

                                                     JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                     United States Attorney

                                                      /s/
                                                     PAUL A. MUSSENDEN,
                                                     Assistant United States Attorney
                                                     (FOR) ALAN BURCH,
                                                     Assistant United States Attorney
                                                     555 4th St., N.W.
                                                     Washington, D.C. 20530
                                                     (202) 305-4740
                                                     Paul.Mussenden@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2007, the foregoing Defendants' First Motion to Enlarge Time to File Responses to Plaintiffs' Motion to Stay Transfer and for Reconsideration, and Proposed Order was served on *pro se* Plaintiffs, postage prepaid, via Certified Mail, with serial numbers 7002-2030-0006-6450-8364 and 7002-2030-0006-6450-8371 respectively, addressed as follows:

| | |
|---|---|
| John M. Beaird | Robert Mihailovich |
| R# 14355-179 | R# 33446-177 |
| F.C.I. - Seagoville | F.C.I. Seagoville |
| POB 9000 | POB 9000 |
| Seagoville, Texas 75159 | Seagoville, Texas 75159 |

/s/
MARJORIE DARLING,
Legal Assistant
555 Fourth St., N.W.
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN M. BAIRD and ROBERT MIKHAILOVICH, ) <br> ) <br> Plaintiffs, *pro se* ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 06-2268 (JDB) |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Responses to Plaintiffs' Motions to Stay Transfer [#41] and for Reconsideration [#42], and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Enlarge is GRANTED; and it is

FURTHER ORDERED that any responses shall be filed on or before August 28, 2007.

**SO ORDERED** this _____ day of _____ 2007.

JOHN D. BATES
United States District Judge