UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John M. Beaird *et al.*,

        Plaintiffs,

                v.                                   Civil Action No.  06-2268 (JDB)

Alberto Gonzales *et al.*,

        Defendants.

ORDER

        Plaintiff John Beaird has filed a motion for the undersigned judge to recuse himself from the case because allegedly  "one of the [d]efendants . . . , Alberto Gonzales, had an integral personal positive part in securing the [judge's appointment] in 2001."  Mot. at 3.  The motion comes only after the Court's disposition of the case.  *See* Order of July 19, 2007 (dismissing in part and transferring the remainder of case to the Northern District of Texas).  Plaintiff does not explain why he did not raise this issue when the case was assigned in January 2007 or during the course of litigation.  Assuming that the issue is not waived, the Court surmises that the motion stems from this plaintiff's dissatisfaction with the outcome of the case.[1]

        "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  28 U.S.C. § 455 (a).  However, "[o]pinions formed by a judge 'do not constitute a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible.'"  *Rafferty v. NYNEX Corp.*, 60 F.3d 844, 848 (D.C. Cir. 1995) (quoting *Liteky*

_____

        [1]  Co-plaintiff Robert Mihailovich has not joined in the motion.

*v. United States*, 510 U.S. 540, 555 (1994)).  Plaintiff has not made the requisite showing for

recusal.  Accordingly, it is hereby

ORDERED that plaintiff John Beaird's motion for recusal [Dkt. No. 45] is DENIED.

s/
_____
JOHN D. BATES
United States District Judge

Dated: August 31, 2007