UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John M. Beaird *et al.*,

    Plaintiffs,

      v.

Alberto Gonzales *et al.*,

    Defendants.

Civil Action No.  06-2268 (JDB)

ORDER

Plaintiff John Beaird moves pursuant to Fed. R. Civ. P. 59(e) for reconsideration of the

Order of July 19, 2007, dismissing the complaint in part and transferring the case to the Northern

District of Texas.[1]  Such motions are committed to the sound discretion of the trial court to

grant or deny and "need not be granted unless the district court finds that there is an

intervening change in controlling law, the availability of new evidence or the need to correct a

clear error or prevent manifest injustice."  *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C.

Cir. 1996) (citations and internal quotation marks omitted).  Moreover, the motion should not

be granted if the Court has "reason to believe that vacating the judgment will [] be an empty

exercise or a futile gesture."  *Murray v. District of Columbia*,  52 F.3d 353, 355 (D.C. Cir. 1995)

(citations omitted).

Plaintiff seeks reconsideration so that he may file an amended complaint, but neither the

amended complaint attached to the motion nor the memorandum of law in support of the motion

provides a basis for vacating the previous order and maintaining the case here.  Plaintiff merely

---

[1]  Co-plaintiff Robert Mihailovich has not joined in the motion.

restates previously considered assertions.  Accordingly, it is by the Court this 7th day of

September 2007,

ORDERED that plaintiff's motion to reconsider [Dkt. No. 42] is DENIED; and it is

FURTHER ORDERED that plaintiff's motion to stay pending resolution of the motion to

reconsider [Dkt. No. 41] is DENIED as moot.

s/

JOHN D. BATES
United States District Judge
