IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

RECEIVED

SEP 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JOHN BEAIRD § | |
|    Plaintiff § | |
| § | |
| vs. § | No. 06-2268 JDB |
| § | |
| HARLEY G. LAPPIN (Individually), § | |
| ALBERTO GONZALES (Individually). § | |
|    Defendants § | |

---

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

TO FILE A REPLY TO

"DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RESONSIDERATION"

---

    COMES NOW JOHN BEAIRD, PLAINTIFF, in the above-styled and numbered cause of action and Moves this Court to allow Plaintiff to file a Reply to Defendants' Opposition To Plaintiffs' Motion For Reconsideration and to Enlarge the time for Plaintiff to file such response until On or Before September 21, 2007 for good cause.

    Plaintiff is currently a Federal Inmate currently incarcerated at Seagoville Camp, Seagoville, Texas. Because it is necessary for the Plaintiff to specifically address certain issues and matters put forth in Defendants' Opposition, and that the Defendants have cited cases, and recent Supreme Court

of the United States cases which the insufficiently provided, and small Camp library does not maintain within the library, it is necessary for the Plaintiff to request such cases be sent to Plaintiff from the main compound of Seagoville FCI which most of the time, due to the inefficiencies of its bureaucracy takes Two (2) weeks to have copied and shipped to the Camp facility. Because it is necessary for the Plaintiff to review these cases cited by Defendants, and moreover it is necessary for the Plaintiff to specifically address issues raised in Defendants' Opposition, and that in order to have a meaningful opportunity to do so, it is necessary that Plaintiff avail himself of resources that the Camp library does not have. (The Seagoville Camp Library has only 4 seats and two typewriters for 160 inmates, and is not equipped or furnished with Supreme Court Cases or much of the other legal material which the Seagoville FCI compound law library possesses and must loan out to the Camp library when requests are processed). Plaintiff requests this Court allow an enlargement of time for Plaintiff to file a Reply, such Reply to be "filed" (see Inmate Mail-box Rule) on or before September 21, 2007.

 WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS THAT this Court GRANT Plaintiff until SEPTEMBER 21, 2007, to file (pursuant to "Inmate Mail-box Rule") a Reply to Defendants' Opposition.

Respectfully Submitted,

JOHN BEAIRD

## VERIFICATION

I, JOHN BEAIRD, Certify and affirm that this filing is filed in good faith for the purposes described and not for any delay, and that such facts are true and correct.

_____
JOHN BEAIRD

## CERTIFICATE OF SERVICE

I, JOHN BEAIRD, certify and state that inmates are not provided an inmate copy machine at this camp facility and because of such I am unable to provide a copy of this filing to the other parties and request that the Clerk of the Court serve this filing upon such other parties as this case is an Electronic Filing Case.

_____
JOHN BEAIRD

## CERTIFICATE OF MAILING

I, JOHN BEAIRD, certify, attest, and state under penalty of perjury (28 U.S.C. § 1746) that this filing was placed into the institutional mail system, addressed to the clerk of the court, first class postage pre-paid, on this 30th Day of August, 2007, and pursuant to the "Inmate Mailbox Rule" is considered "FILED" on this date, August 30, 2007.

_____
JOHN BEAIRD