RECEIVED
SEP 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BEAIRD. | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | No. 06-2268 |
| | § | |
| HARLEY G. LAPPIN (Individually), | § | |
| ALBERTO GONZALES (Individually). | § | |
| Defendants | § | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that JOHN BEAIRD, Plaintiff, in the above-styled and numbered cause of action, hereby appeals to the United States Court of Appeals, District of Columbia Circuit, and hereby so files on this date (see Certificate of Mailing attached here-in pursuant to the "Inmate Mailbox Rule") this NOTICE OF APPEAL of the final dispositions, Orders and Judgements, of this District Court of the following: 1) this District Court's July 19, 2007 Memorandum Opinion and Order; 2) this District Court's August 31, 2007, Order Denying Recusal pursuant to 18 U.S.C. § 455; 3) this District Court's September 7, 2007 Order Denying Plaintiff's Motion to Reconsider; and 4) this District Court's Order Denying Plaintiff's Motion to Appoint Counsel entered in this action.


JOHN BEAIRD
2705 Anderson Street
Irving, TX  75062

CERTIFICATE OF MAILING

I, JOHN BEAIRD, state under penalty of perjury that this NOTICE OF APPEAL was placed into the institutional mail system, first-class postage pre-paid, addressed to the Clerk of the Court on this 17th Day of September, 2007, and is considered "filed" on such date pursuant to the "Inmate Mailbox Rule".

------------------------------
JOHN BEAIRD


CERTIFICATE OF SERVICE

I, JOHN BEAIRD, state that we do not have an inmate copy machine here in order to be able to send a copy of this filing to all parties and therewith request the Clerk to electronically serve all parties as this case is an ETF Case.

JOHN BEAIRD