UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

RECEIVED

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| JOHN BEAIRD. | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | No. 06-2268 JDB |
| | § | |
| HARLEY G. LAPPIN (Individually), | § | |
| ALBERTO GONZALES (Individually). | § | |
| Defendants | § | |

---

### NOTICE OF CHANGE OF ADDRESS OF JOHN BEAIRD, Plaintiff

---

NOTICE IS HEREBY GIVEN that JOHN BEAIRD, Plaintiff, in the above-styled and numbered cause of action, hereby requests the Clerk of the Court, U.S. District Court, to reflect a CHANGE OF ADDRESS of Plaintiff JOHN BEAIRD to the following as of the 18th of September, 2007:

JOHN BEAIRD 2705 Anderson St., Irving, TX  75062

JOHN BEAIRD

2705 Anderson Street

Irving, TX  75062

_____

JOHN BEAIRD

CERTIFICATE OF SERVICE

Because at this time a copy machine is not provided to inmates at this facility I am unable to provide a copy of this Notice to all parties and request the Clerk of the Court to so provide as this case is an ETF case.

JOHN BEAIRD