UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA

**RECEIVED**
NOV 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| JOHN BEAIRD | § | |
|     PLAINTIFF | § | |
| | § | |
| vs. | § | No. 06-2268 |
| | § | |
| HARLEY G. LAPPIN (Individually), | § | |
| Et. Al. | § | |
|     DEFENDANTS | § | |

## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

**COMES NOW, JOHN BEAIRD,** Plaintiff (and Appellant) in the above-styled and numbered cause of action and files this MOTION TO PROCEED ON APPEAL INFORMA PAUPERIS on the Appeal in the United States Court of Appeals District of Columbia pursuant to the Notice of Appeal filed in this Case by Plaintiff. The United States Court of Appeals, District of Columbia has docketed this appeal as Case Number 07-5312.

Plaintiff is a former incarcerated federal inmate, with no current assets or income, and brings this meritorious appeal in good faith and for no other reasons. Plaintiff attaches, herewith, a Financial Affidavit attesting to Plaintiff's current indigent status which entitles Plaintiff to proceed on appeal in this case without payment of costs and filing fees.

Respectfully Submitted

JOHN BEAIRD, Pro Se
2705 Anderson Street
Irving, Texas 75062

CETIFICATE OF SERVICE

I, JOHN BEAIRD, certify that a true and correct copy of this filing was sent to all parties of this case pursuant to FRCP on this date, October 31, 2007, via First Class pre-page U.S. Mail.

_____
JOHN BEAIRD

# EXHIBIT A

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: BEAIRD vs. LAPPIN, et al.
FOR: Appeal to D.C. Court of Appeals
AT: Dist. of Col.

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): JOHN BEAIRD, Pro se.

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant—Juvenile
- 3 ☒ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: 06-2268
Court of Appeals: 07-5312

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: NA
- IF YES, how much do you earn per month? $ 0
- IF NO, give month and year of last employment. How much did you earn per month $ 0
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month $ NA
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ 0

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 0 / 0 / 0   SOURCES: NA

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ 0

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE $ 0   DESCRIPTION: NA

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: Wife & Children — V. Beaird, G. Beaird, M. Beaird

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $ — | $ — |
| FORMER INMATE | $ | $ |
| W/NO INCOME, JUST | $ | $ |
| Transferred to Halfway House | $ | $ |

I certify the above to be correct, in Penalty of Perjury, See 28 USC Sec 1746.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed]   10/1/07